On petitioner's petition for reconsideration filed September 23, former opinion withdrawn. Reversed and remanded November 25, 1974

RICHARD P. GURLEY, *Petitioner, v.* OREGON STATE CORRECTIONAL INSTITUTION, *Respondent.*

530 P2d 98

Gary D. Babcock, Public Defender, and J. Marvin Kuhn, Deputy Public Defender, Salem, for petition.

No appearance contra.

Before SCHWAB, Chief Judge, and FOLEY and THORNTON, Judges.

PER CURIAM.

FORMER OPINION WITHDRAWN. REVERSED AND RE-MANDED. *Fowler v. OSCI,* 18 Or App 280, 525 P2d 191 (1974).